SILVER BAY ASSOCIATION FOR CHRISTIAN CONFERENCES AND TRAINING, Respondent, v. IDA F. LANDON, Appellant.— Judgment unanimously affirmed, with costs.

ESTELLA SCHALLER, Respondent, v. MICHAEL F. DOLLARD, JR., Defendant, Impleaded with YELLOW ALBANY CAB CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs.

GERTRUDE A. SCHRAMM, Respondent, v. FRANK TATRO, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. MORRIS TAXER, Respondent, v. BROOKLYN-MANHATTAN TRANSIT CORPORATION, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CELIA TRAVERS and Another, Respondents, v. NEW YORK LAST COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event on the ground that there has been no competent evidence produced to establish a causal relation between the alleged injury and the death, and that the testimony upon which the findings are based is in turn based upon a hospital record which was neither introduced in evidence nor produced upon the hearing. All concur.

CHARLES G. TOPPING, Respondent, v. ANNIE BECKER, Appellant.— Judgment and order unanimously affirmed, with costs.

THE VILLAGE OF SARANAC LAKE, Respondent, v. ELIZABETH WILSON, Appellant. — Judgment unanimously affirmed, with costs.

THE VILLAGE OF ELMIRA HEIGHTS, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

LILLIAN WADE, Respondent, v. HOWARD W. SAVAGE, Appellant.— Settled.

Before STATE INDUSTRIAL BOARD, Respondent. JENNIE WILSON, Respondent, v. CITY OF ROME and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award is based on uncorroboarated hearsay declarations. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. RODNEY WAGNER, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Wilber* v. *Fonda, Johnstown & Gloversville R. R. Co.* (208 App. Div. 249).

CHARLES E. SHAW, Respondent, v. WILLIAM H. BOCKUS, Appellant.— Motion granted, with ten dollars costs, unless within thirty days the defendant perfects the appeal and pays said costs, in which event motion is denied.

In the Matter of the Probate of the Last Will and Testament of CAROLINE YUNG, Deceased.— Motion granted, unless within twenty days appellants perfect their appeal, in which event motion is denied.

HERBERT J. TILLAPAUGH, Respondent, v. KATHRYN CZUBA and Another, Appellants.— Motion granted by default.

WILLIAM F. HARTIGAN, Respondent, v. ASSOCIATED PHARMACISTS, INC., and Another, Appellants.— Motion granted by default.